# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TIFFANY HARRIS, on behalf of herself and other similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>B.H. DIRECT RESPONSE, INC. and OUTSIDE THE BOX DESIGNS, LLC d/b/a AXAD CAPITAL )<br><br>Defendants. ) | CIVIL ACTION NO.<br>2:23-CV-00801-JHE |

## DEFENDANT BH DIRECT RESPONSE, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BH Direct Response, Inc. states that it does not have a parent company and no publicly-traded corporation owns 10% or more of its stock.

Respectfully submitted this 26th day of July, 2023.

> */s Joshua H. Threadcraft*
> Joshua Threadcraft (ASB-7136-H36T)
> Allyson R. Mancuso (ASB-4464-D38R)
> BURR & FORMAN LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL  35203
> Telephone: (205) 251-3000
> Facsimile: (205) 458-5100
> Email: jthreadcraft@burr.com
>        amancuso@burr.com

51284177 v1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court in the United States District Court for the Northern District of Alabama, by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| J. Matthew Stephens<br>METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.<br>2201 Arlington Avenue South<br>Birmingham, Alabama 35205<br>Email: mstephens@mtattorneys.com | Anthony Paronich<br>PARONICH LAW, PC<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com |

*/s Joshua H. Threadcraft*
OF COUNSEL